William C. Johnson (State Bar No. 85224)
BENNETT & JOHNSON, LLP
1901 Harrison Street, Suite 1600
Oakland, California 94612
Telephone:  (510) 444-5020
Facsimile:   (510) 835-4260
Email:  william@bennettjohnsonlaw.com

Attorneys for Plaintiff
LUIS ALEJANDRE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALEJANDRE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF NAPA, NAPA POLICE OFFICER THOMAS KEENER, and DOES 1 through 20, inclusive,<br><br>        Defendants, | CASE NO.: 3:12-cv-04985 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON DEFEFENDANTS' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 30, 2012<br>Time:  9:30 a.m.<br>Courtroom G, 15th Floor<br><br>Honorable Joseph C. Spero |

TO THE HONORABLE COURT:

    The parties are cooperating in good faith and wish to meet and confer on the issues raised in the motion to dismiss and additional time is necessary to allow this process to be completed. Plaintiff's opposition to the Motion to Dismiss is due November 8, 2012.  Plaintiff's attorney William C. Johnson currently is in trial in Napa County Superior Court in the matter of *Galvin v. Collins* (No. 26-57693), which trial is not expected to be completed until November 6 or 7, 2012.

1

Bennett
Johnson LLP

1  Defendants' attorney Gregory M. Fox will to be out of the country from December 18, 2012

2  through the first of January 2013, and thereafter is scheduled to commence an eight day trial in

3  Marin County Superior Court on January 8, 2013 which was specially set by Hon. Faye D'Opal

4  with an eight day trial estimate.

5          The parties, by and through their attorneys of record, hereby stipulate and respectfully

6  request that the hearing on Defendants' Motion to Dismiss, currently set for November 30, 2012,

7  be continued to February 1, 2013.

8          Plaintiff's opposition will be filed on or before January 11, 2013 and Defendants' reply

9  will be filed on or before January 18, 2013.

10         The parties further stipulate that the Initial Case Management Conference be continued

11 from January 4, 2013 to February 22, 2013 or a date thereafter convenient to the Court so that the

12 ruling on the Motion to Dismiss will be determined prior to the Case Management Conference.

13

14 DATED:  November 1, 2012            BENNETT & JOHNSON LLP

15

16                                    By:_____

17                                        WILLIAM C. JOHNSON
                                          Attorneys for the Plaintiff
                                          LUIS ALEJANDRE

18

19 DATED:  November 1, 2012            BERTRAND, FOX & ELLIOT

20

21                                    By:_____
                                          GREGORY M. FOX

22                                        Attorneys for the Defendants
                                          CITY OF NAPA and NAPA POLICE
23                                        OFFICER THOMAS KEENER

24

25

26

27

28

2

Bennett
Johnson LLP

[PROPOSED] ORDER

Having considered the stipulated request of the parties, the Court orders as follows:

1.  Defendants' Motion to Dismiss, currently set for November 30, 2012, is continued to February 1, 2013.

2.  Plaintiff's opposition shall be filed on or before January 11, 2013 and Defendants' reply shall be filed on or before January 18, 2013.

3.  The Initial Case Management Conference is continued from January 4, 2013 to February 22, 2013 at 1:30 p.m. in Courtroom G, 15th Floor, and the deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR Phone Conference, Rule 26(f) Report and Case Management Statement are continued based upon the new Case Management Conference date.

IT IS SO ORDERED.

DATED:  ___November 5, 2012___



THE _____ JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

Bennett Johnson LLP