1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone: (415) 353-0999
4  Facsimile:  (415) 353-0990

5  Michael W. Barrett, City Attorney, State Bar No. 155968
   David C. Jones, Deputy City Attorney, State Bar No. 129881
6  NAPA CITY ATTORNEY'S OFFICE
   CITY OF NAPA
7  P.O. Box 660
   955 School Street
8  Napa, CA  94559
   Telephone:  (707) 257-9516
9  Fax:  (707) 257-9274

10 Attorneys for Defendants CITY OF NAPA and
   NAPA POLICE OFFICER THOMAS KEENER

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 LUIS ALEJANDRE,                          Case No. C12-4985 JCS

16        Plaintiff,                        **STIPULATION AND [~~PROPOSED~~] ORDER
                                            MOVING HEARING DATE FOR MOTION TO
17 v.                                       DISMISS AND  CASE MANAGEMENT
                                            CONFERENCE DATE  AND RULE 26 AND ADR
18 CITY OF NAPA, NAPA POLICE OFFICER        RELATED DATES**
   THOMAS KEENER, and DOES 1 through 20,
19 inclusive,

20        Defendants..

21

22        The initial Case Management Conference    was scheduled for Friday March 29, 2013 but the

23 Court has now moved the  CMC date to Friday May 3, 2013 which is the same date for a hearing on

24 defendants' Motion to Dismiss.

25        Defense counsel Gregory M. Fox is providing pro bono service to the University of California -

26 San Francisco  Langley Porter Institute  Post Doctoral Forensic Law and Psychiatry Fellowship Program

27 by serving as a legal counsel during a Mock Trial Friday May 3, 2013 at San Francisco Superior Court

28 during which the forensic psychiatric fellows will testify as part of  their training program.

1       Plaintiff's counsel William C. Johnson is leaving on a planned vacation and flying to Paris,

2 France on April 29, 2013 and will not be returning until May 4, 2013.  Roundtrip airline tickets have

3 been purchased and there is a prepaid cancellation penalty.

4       It is respectfully requested that the Court move  both the  hearing on the Motion to Dismiss and

5 the Case Management Conference   from Friday May 3, 2013  to Friday May 17, 2013.   A joint CMC

6 statement to be filed on or before Friday May 10, 2013.    If the Court prefers and is amendable the

7 parties request that the CMC be held at ten am following the hearing on the Motion to Dismiss.

8       The parties further agree that  at the time of the Case Management Conference hearing, the date

9 of  Rule 26 (f)  disclosures and ADR process  should be re-scheduled  to a new date to allow time for a

10 ruling on the Motion to Dismiss, the parties review of said decision and the results of the Case

11 Management Conference  all of which will help frame the issues.

12       Based   on this good cause the parties, acting by and through their respective legal counsel,

13 stipulate and request  that the Court order the stipulation of the parties and that the  Hearing on the

14 Motion to Dismiss and the initial Case Management Conference  date  both be continued from May 3,

15 2013  to  May 17, 2013.  A  joint Case Management Conference Statement to be filed Friday May 10,

16 2013.  The date for Rule 26 (f) disclosures; and    the deadlines for filing the ADR Certification,

17 Stipulation to ADR Process or Notice of Need for ADR Phone Conference,  to be set by the Court at the

18 initial  Case Management Conference.  So Stipulated:

19

20       DATED:  March 8, 2013            BENNETT & JOHNSON, LLP

21

22                                     By:_____/s/_____

23                                  WILLIAM C. JOHNSON

24                                  Attorneys for the Plaintiff

                                 LUIS ALEJANDRE

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MOVING HEARING DATE FOR MOTION TO DISMISS
AND  CASE MANAGEMENT CONFERENCE DATE  AND RULE 26 AND ADR RELATED DATES

DATED:  March 8, 2013                    BERTRAND, FOX & ELLIOT


By:_____/s/_____
        GREGORY M. FOX
        Attorneys for the Defendants
        CITY OF NAPA and NAPA POLICE
        OFFICER THOMAS KEENER


## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ('/s/') within this E-filed document.


Dated: March 8, 2013                    _____/s/_____
                                        Gregory M. Fox


## ORDER

Having considered the stipulated request of the parties, and good cause appearing the Court orders as follows:

The  Hearing on the Motion to Dismiss  and initial Case Management Conference  will be both continued from May 3, 2013 to May 17, 2013.  A  joint Case Management Conference Statement to be filed Friday May 10, 2013. The date for Rule 26 (f) disclosures  and   the deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR Phone Conference,  to be set by the Court at the initial  Case Management Conference.   The hearing on the Motion to Dismiss and  CMC to be both held at ~~ten am~~ on Friday May 17, 2013.

1:30 PM - JCS


IT IS SO ORDERED.


DATED: ___03/14/13_____

THE HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero