Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Attorneys for Defendants CITY OF NAPA and
NAPA POLICE OFFICER THOMAS KEENER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALEJANDRE,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF NAPA, NAPA POLICE OFFICER THOMAS KEENER, and DOES 1 through 20, inclusive,<br><br>     Defendants.. | Case No. C12-4985 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING HEARING DATE FOR MOTION TO DISMISS AND  CASE MANAGEMENT CONFERENCE DATE  AND RULE 26 AND ADR RELATED DATES** |

    The initial Case Management Conference   was scheduled for Friday March 29, 2013 but the Court has now moved the  CMC date to Friday May 3, 2013 which is the same date for a hearing on defendants' Motion to Dismiss.

    Defense counsel Gregory M. Fox is providing pro bono service to the University of California - San Francisco  Langley Porter Institute  Post Doctoral Forensic Law and Psychiatry Fellowship Program by serving as a legal counsel during a Mock Trial Friday May 3, 2013 at San Francisco Superior Court during which the forensic psychiatric fellows will testify as part of  their training program.

Plaintiff's counsel William C. Johnson is leaving on a planned vacation and flying to Paris, France on April 29, 2013 and will not be returning until May 4, 2013. Roundtrip airline tickets have been purchased and there is a prepaid cancellation penalty.

It is respectfully requested that the Court move both the hearing on the Motion to Dismiss and the Case Management Conference from Friday May 3, 2013 to Friday May 17, 2013. A joint CMC statement to be filed on or before Friday May 10, 2013. If the Court prefers and is amendable the parties request that the CMC be held at ten am following the hearing on the Motion to Dismiss.

The parties further agree that at the time of the Case Management Conference hearing, the date of Rule 26 (f) disclosures and ADR process should be re-scheduled to a new date to allow time for a ruling on the Motion to Dismiss, the parties review of said decision and the results of the Case Management Conference all of which will help frame the issues.

Based on this good cause the parties, acting by and through their respective legal counsel, stipulate and request that the Court order the stipulation of the parties and that the Hearing on the Motion to Dismiss and the initial Case Management Conference date both be continued from May 3, 2013 to May 17, 2013. A joint Case Management Conference Statement to be filed Friday May 10, 2013. The date for Rule 26 (f) disclosures; and the deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR Phone Conference, to be set by the Court at the initial Case Management Conference. So Stipulated:

DATED: March 8, 2013                               BENNETT & JOHNSON, LLP


By:_____/s/_____

WILLIAM C. JOHNSON
Attorneys for the Plaintiff
LUIS ALEJANDRE

DATED: March 8, 2013                            BERTRAND, FOX & ELLIOT


                                                By:        /s/
                                                    GREGORY M. FOX
                                                    Attorneys for the Defendants
                                                    CITY OF NAPA and NAPA POLICE
                                                    OFFICER THOMAS KEENER


**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ('/s/') within this E-filed document.


Dated: March 8, 2013                                      /s/
                                                Gregory M. Fox


ORDER

Having considered the stipulated request of the parties, and good cause appearing the Court orders as follows:

The Hearing on the Motion to Dismiss and initial Case Management Conference will be both continued from May 3, 2013 to May 17, 2013. A joint Case Management Conference Statement to be filed Friday May 10, 2013. The date for Rule 26 (f) disclosures and the deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR Phone Conference, to be set by the Court at the initial Case Management Conference. The hearing on the Motion to Dismiss and CMC to be both held at ~~ten am~~ 1:30 PM - JCS on Friday May 17, 2013.

IT IS SO ORDERED.

DATED: 03/14/13                                 _____
                                                THE HON. Judge Joseph C. Spero
                                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*

3
STIPULATION AND [PROPOSED] ORDER MOVING HEARING DATE FOR MOTION TO DISMISS
AND CASE MANAGEMENT CONFERENCE DATE AND RULE 26 AND ADR RELATED DATES