1   William C. Johnson (State Bar No. 85224)
    BENNETT & JOHNSON, LLP
2   1901 Harrison Street, Suite 1600
    Oakland, California 94612
3   Telephone:  (510) 444-5020
    Facsimile:  (510) 835-4260
4   Email:  william@bennettjohnsonlaw.com

5   Attorneys for Plaintiff
    LUIS ALEJANDRE
6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10  LUIS ALEJANDRE,                        Case No. C12-4985 JCS

11        Plaintiff,                       **STIPULATION AND [~~PROPOSED~~] ORDER
                                           MOVING SETTLEMENT CONFERENCE
12  v.                                     DATE**

13  CITY OF NAPA, NAPA POLICE OFFICER      **DATE:  February 6, 2014**
    THOMAS KEENER, and DOES 1 through 20,  **TIME:  9:00 a.m.**
14  inclusive,                             **COURTROOM:  A, 15th Floor**

15        Defendants..

16

17        At the Further Case Management Conference held on November 15, 2013 before Judge Joseph C. Nathanael

18  Spero, the case was referred to Magistrate Judge ~~Nathanael~~ Cousins for a Settlement Conference.  On

19  December 19, 2013, by Clerk's Notice, the Settlement Conference was continued from January 10, 2014

20  at 9:30 a.m. in Courtroom A to February 6, 2014 at 9:30 a.m. in Courtroom A, before Magistrate Judge

21  Nathanael Cousins.

22        The parties have jointly retained a forensic pathologist, Dr. Judy Metinek, to analyze evidence in

23  this case.  Dr. Metinek has not yet completed her evaluation, and the parties would prefer to have the

24  results of Dr. Metinek's findings prior to the Mandatory Settlement Conference.

25        The parties have met and conferred and agree to a continuance of the Mandatory Settlement

26  Conference from Thursday, February 6, 2014 at 9:30 a.m. to **March 11, 2014** at **1:00 p.m.** in

27  **Courtroom A**.

28        Based on this good cause the parties, acting by and through their respective legal counsel,

                                     1

stipulate and request that the Court order the stipulation of the parties and that the Settlement Conference date be continued from February 6, 2014 at 9:30 a.m. to **March 11, 2014** at **1:00 p.m.** in **Courtroom A**. Parties must submit settlement conference statements no later than **March 4, 2014**.

     SO STIPULATED.

DATED: January 28, 2014               BENNETT & JOHNSON, LLP

                        By:   /s/William C. Johnson
                          WILLIAM C. JOHNSON
                          Attorneys for the Plaintiff
                          LUIS ALEJANDRE

DATED: January __, 2014             BERTRAND, FOX & ELLIOT

                        By:   /s/Gregory M. Fox
                          GREGORY M. FOX
                          Attorneys for the Defendants
                          CITY OF NAPA and NAPA POLICE
                          OFFICER THOMAS KEENER

## **ATTORNEY ATTESTATION**

     I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: January __, 2014                  /s/
                        WILLIAM C. JOHNSON

## ORDER

     Having considered the stipulated request of the parties, and good cause appearing the Court orders as follows:

     The Settlement Conference date will be continued to **March 11, 2014** at **1:00 p.m.** in **Courtroom A**. Parties must submit Settlement Conference statements no later than **March 4, 2014**.

     IT IS SO ORDERED.

DATED:      January 29, 2014

GRANTED

Judge Nathanael M. Cousins

THE _____ TRATE
JUDGE _____ SINS
UNITED _____ JUDGE

2