Gregory M. Fox, State Bar No. 070876
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990
E-mail: gfox@bfesf.com
        msnyder@bfesf.com

Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:   (707) 257-9516
Facsimile:    (707) 257-9274

Attorneys for Defendants CITY OF NAPA and
NAPA POLICE OFFICER THOMAS KEENER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALEJANDRE,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF NAPA, NAPA POLICE OFFICER THOMAS KEENER, and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | Case No. C12-4985 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING MANDATORY SETTLEMENT CONFERENCE** |

At the Further Case Management Conference held on November 15, 2013 before Judge Joseph C. Spero, the above-case was referred to Magistrate Judge Nathanael Cousins for a Mandatory Settlement Conference (MSC). The MSC is currently scheduled for March 11, 2014.

The parties have met and conferred and agree to a continuance of the MSC from Tuesday, March 11, 2014 to Thursday, April 3, 2014 in Courtroom A to provide more time for investigation, research and attorney client discussion before the MSC.

Based on this good cause, the parties, acting by and through their respective legal counsel,

1

1  respectfully request that the Court continue the MSC from Tuesday, March 11, 2014 at 1:00 p.m. to
2  Thursday, April 3, 2014 at 10:30 a.m. in Courtroom A.
3      The parties must lodge and exchange their Settlement Conference Statements by March 27,
4  2014.
5
6      SO STIPULATED:
7
8  DATED: March 4, 2014                    BENNETT & JOHNSON, LLP
9
10                                       By: _____/s/_____
11                                           WILLIAM C. JOHNSON
                                          Attorneys for the Plaintiff
12                                           LUIS ALEJANDRE
13 DATED: March 4, 2014                      BERTRAND, FOX & ELLIOT
14
15                                         By: _____/s/_____
                                          GREGORY M. FOX
16                                           Attorneys for the Defendants
                                          CITY OF NAPA and NAPA POLICE
17                                           OFFICER THOMAS KEENER
18
19
20
21
22
23
24
25
26
27
28

**ATTORNEY ATTESTATION**

I hereby attest that plaintiff's counsel Mr. Johnson has reviewed this stipulation and proposed order and authorized me to show his consent by his signature indicated by a conformed signature ("/s/") within this E-filed document.

Dated: March 6, 2014

/s/
Gregory M. Fox

**ORDER**

Having considered the stipulated request of the parties, and good cause appearing the Court orders as follows:

The Mandatory Settlement Conference will be continued from Tuesday, March 11, 2014 at 1:00 p.m. to Thursday, April 3, 2014 at 10:30 a.m. in Courtroom A.

Settlement Conference Statements to be lodged and exchanged by Thursday, March 27, 2014.

IT IS SO ORDERED.

DATED: March 10, 2014

GRANTED
Judge Nathanael M. Cousins

1

STIPULATION AND [PROPOSED] ORDER MOVING MANDATORY SETTLEMENT CONFERENCE
USDC, Northern Dist. Case No. 3:12-CV-04985-JCS