IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS ALEJANDRE,

    Plaintiff,

v.

CITY OF NAPA, et al.,

    Defendants.

Case No. 3:12-cv-04985 JCS (NC)

**ORDER REGARDING FURTHER SETTLEMENT CONFERENCE**

Magistrate Judge Cousins is available for a further settlement conference in this case. By December 22, 2014, the parties must jointly report by email to ncpo@cand.uscourts.gov whether they would like to schedule a further conference to take place by February 12, 2015. If the parties request a conference, they should propose their preferred dates.

**IT IS SO ORDERED.**

Dated: December 1, 2014

NATHANAEL COUSINS
United States Magistrate Judge